**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
JANUARY 8, 2019 SESSION**



FILED
JAN -9 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.    CRIMINAL NO. 3:19-00014

8 U.S.C. § 1326(a)

**CARLOS RODRIGUEZ-DIAZ**

**I N D I C T M E N T**
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about October 5, 2014, defendant CARLOS RODRIGUEZ-DIAZ, an alien, was found at or near Douglas, Arizona, and was subsequently removed from the United States to Mexico on or about October 7, 2014.

2. On or about January 12, 2015, defendant CARLOS RODRIGUEZ-DIAZ, an alien, was found at or near Montgomery, Alabama, and was subsequently removed from the United States to Mexico on or about February 5, 2015.

3. On or about February 12, 2018, defendant CARLOS RODRIGUEZ-DIAZ, an alien, was found at or near Chula Vista, California, and was subsequently removed from the United States to Mexico on or about February 14, 2018.

4. On or about December 19, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant CARLOS RODRIGUEZ-DIAZ, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By: ERIK S. GOES
Assistant United States Attorney